UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GUZMAN, | 1:05-cv-00121-OWW-DLB-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 9) |
| vs. | **ORDER DISMISSING ACTION** |
| R. ANDREWS, | |
|     Defendant. | |

Plaintiff, Alejandro Guzman ("plaintiff"), is a prisoner in federal custody at Taft Correctional Institute and is proceeding pro se in this civil rights action apparently pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 12, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed July 12, 2005,
8 are ADOPTED IN FULL; and,
9    2.   This action is DISMISSED for plaintiff's failure to
10 obey the court's order of May 9, 2005, and for failure to state a
11 claim upon which relief may be granted.
12 IT IS SO ORDERED.
13 **Dated:   September 1, 2005**            /s/ Oliver W. Wanger
   emm0d6                                UNITED STATES DISTRICT JUDGE