```
                                    FILED
                           JUDGMENT ENTERED
                       _____Sept. 21, 2005_____
                                            Date
                        by _____G. Lucas_____
                                    Deputy Clerk
                              U.S. District Court
                           Eastern District of California
                           __X____  FILE CLOSED
```

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

ALEJANDRO GUZMAN,

                                **JUDGMENT IN A CIVIL ACTION**

vs.

                                          CV-F-05-121 OWW/DLB P

R. ANDREWS,

_____/

        The Findings and Recommendations issued by the Magistrate Judge on July 12, 2005, are hereby adopted in full, and

        IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed for failure to state a claim upon which relief may be granted.

DATED:

                                                JACK L. WAGNER, Clerk

                                    By:   /s/ GREG LUCAS
                                           Deputy Clerk